RECEIVED
JAN - 7 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TANESHA HARDY | CIVIL ACTION NO. 14-2782 |
| VERSUS | JUDGE TRIMBLE |
| WARDEN | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation[1] of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections[2] filed by the Petitioner, and having determined that the findings and recommendations of the Magistrate Judge are correct under applicable law and jurisprudence, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that this petition for writ of habeas corpus is **DENIED** and **DISMISSED** with prejudice based on the court's finding that Petitioner's claims are barred by the one-year limitations period codified at 28 U.S.C. § 2244(d) and that Petitioner is ineligible to receive the benefit of equitable tolling under the facts of this case.

It is further

**ORDERED** that Petitioner's motion for issuance of Certificate of Appealability[3] is **DENIED** based upon the court's finding that Petitioner alleges no facts which would constitute a basis

---

[1] R. 3.
[2] R. 4.
[3] R. 4.

1

upon which reasonable jurists could disagree with the court's finding of procedural bar in this matter.[4]

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 7th day of January, 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[4] Miller-El v. Cockrell, 537 U.S. 322 (2002).

2